UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 05-29 |
| JAMES FREEMAN | SECTION: R |

**ORDER AND REASONS**

This matter is before the Court on remand from the Fifth Circuit. In a September 1, 2010 mandate, a three-judge panel of the Fifth Circuit determined that defendant James Freeman untimely filed his notice of appeal and remanded with instructions for the Court to determine whether the untimely filing was due to excusable neglect or good cause such that this Court could extend the time to file a notice of appeal to 30 days under Federal Rule of Appellate Procedure 4(b)(4).[1]

The Court denied Freeman's motion for a reduced sentence on June 4, 2010.[2] Under Federal Rule of Appellate Procedure 4(b)(1)(A), Freeman had 14 days after entry of the order to file a notice of appeal. Therefore, the final day for filing a timely notice of appeal was June 18, 2010.

---

[1] (R. Doc. 51.)

[2] (R. Doc. 45.)

The record reflects two notices of appeal, one received on July 2, 2010[3] and one received on July 13, 2010.[4]  In response to the Fifth Circuit's remand, the Court examined the notices of appeal and discovered that the one received on July 13 contains Freeman's statement that it was placed in a mail receptacle at the Bureau of Prisons's Oakdale, Louisiana facility on June 8, 2010.[5]  Responding to the Court's inquiry, the United States Postal Service confirmed Freeman's account, indicating that the notice of appeal was accepted for delivery at Oakdale on June 9, 2010.  Accordingly, Freeman appears to have timely filed his notice of appeal under the "mailbox rule."  See Federal Rule of Appellate Procedure 4(c).

New Orleans, Louisiana, this 13th day of October, 2010.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[3]    (R. Doc. 46.)

[4]    (R. Doc. 47.)

[5]    (Id.)